UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                              NO. 4:22-MJ-182-JTR

JEROME ALEXANDER DAVIS                                                             DEFENDANT

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit of Defendant Jerome Alexander Davis concerning his financial ability to employ counsel, Defendant cannot afford to hire a private lawyer, but is entitled to counsel under the Criminal Justice Act. Accordingly, Robert M. Golden is appointed to represent Defendant in all further proceedings in this matter.

Dated this 25th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE