AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 5 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jerome Alexander Davis | ) Case No. 4:22-MJ-182-JTR |
| | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 08/25/2022

X *Jerome Davis*
*Defendant's signature*

X _____
*Signature of defendant's attorney*

Robert Golden
*Printed name and bar number of defendant's attorney*

_____
*Address of defendant's attorney*

_____
*E-mail address of defendant's attorney*

_____
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*