# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

V.                 CASE NO. 4:22-MJ-182-JTR

JEROME ALEXANDER DAVIS                          DEFENDANT

## **ORDER OF DETENTION**

Defendant, through counsel, waived his right to an immediate bond hearing, but reserved the right to request one at a later date. Accordingly, this Order of Detention is entered without prejudice.

Defendant is committed to the custody of the United States Marshal or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

SO ORDERED, this 25th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE